IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WESLEY REX JONES,<br>    Plaintiff, | Civil Action No. 7:08-cv-00386 |
| v. | **FINAL ORDER** |
| J.R. TOWNSEND, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 8th day of July, 2008.

                                          /s/ Jackson L. Kiser
                                          Senior United States District Judge