CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke

JUL 14 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| WESLEY REX JONES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00386 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| J.R. TOWNSEND, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED** and **ORDERED** as follows:  the previous memorandum opinion [docket no. 5] and order [docket no. 6] entered on July 8, 2008, dismissing this case pursuant to 28 U.S.C. § 1915A(b)(1), is emended as noted in the accompanying memorandum opinion of this date; this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 14th day of July, 2008.

Senior United States District Judge